IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CR0093 ERW |
| | ) | |
| JOEL NEAL, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATEMENT REGARDING
PRESENTENCE INVESTIGATION REPORT

Comes now Defendant Joel Neal, by and through counsel Paul J. D'Agrosa and hereby indicates to the court that he has <u>no</u> objections to the pre-sentence report.

Respectfully submitted,

LAW OFFICES OF
WOLFF & D'AGROSA


/s/Paul J. D'Agrosa
Paul J. D'Agrosa (#20852)
8019 Forsyth
Clayton, Mo. 63105
(314) 725-8019
(314) 725-8443 Fax
Wolffdagrosa@Birch.net


CERTIFICATE OF SERVICE

I hereby certify that on this 11 th day of June, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. Hal Goldsmith, Assistant U.S. Attorney.

/s/Paul J. D'Agrosa